**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA                                              PLAINTIFF

vs.                              NO. 4:11CR00150-001  SWW

JEREMY WAYNE DAVIS                                                   DEFENDANT

### ORDER

The above entitled cause came on for hearing June 1, 2016 on government's superseding petition to revoke the supervised release previously granted this defendant in the United States District Court for the Eastern District of Arkansas. Based upon the statements of counsel and admissions of defendant, the Court found that defendant has violated the conditions of supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release previously granted this defendant, be, and it is hereby, **REVOKED granting government's superseding petition to revoke [doc #43]**.

IT IS FURTHER ORDERED that defendant shall serve a term of imprisonment of ***EIGHT (8) MONTHS*** in the custody of the Bureau of Prisons. The Court recommends that defendant participate in mental health counseling during incarceration.

There will be a term of TWELVE (12) MONTHS of supervised release following the term of incarceration with the following conditions:

1. Defendant shall follow all standard conditions of supervised release and all previously imposed conditions.

2. Defendant shall report immediately to a residential drug treatment facility under the guidance and supervision of the U. S. Probation Office. The Court requests that the

facility be for men only.  Upon successful completion of residential treatment, the defendant shall enter chemical free living.

The defendant is remanded to the custody of the United States Marshal to be transported to the designated facility for the service of the sentence imposed.

IT IS SO ORDERED this 2nd day of June 2016.

/s/Susan Webber Wright

United States District Judge