IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

vs.                              NO. 4:11CR00150-001  SWW

JEREMY WAYNE DAVIS                                                    DEFENDANT

## ORDER

The above entitled cause came on for hearing June 15, 2017 on government's motion to revoke the supervised release previously granted this defendant in the United States District Court for the Eastern District of Arkansas. Based upon the statements of counsel and the admissions of defendant, the Court found that defendant has violated the conditions of supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release previously granted this defendant, be, and it is hereby, ***revoked, granting*** government's motion [doc #53] and superseding petition [doc #58]. Defendant shall serve a term of imprisonment of ***TWELVE (12) MONTHS + ONE (1) DAY*** in the custody of the Bureau of Prisons. The Court recommends that defendant be incarcerated at El Reno, Oklahoma, to continue welding school; and that defendant participate in substance abuse treatment programs and mental health counseling during incarceration.

There will be *NO* supervised release to follow.

Defendant is remanded to the custody of the United States Marshal.

IT IS SO ORDERED this 20th day of June 2017.

/s/Susan Webber Wright
United States District Judge